**CHAPTER 13 PLAN COVER PAGE**\*

**Debtor:** Kaylon Marie Brewer
**Case Number: 16-31858**
**Counsel to Debtor(s):** Sam Henry IV

| | | | | |
|---|---|---|---|---|
| I(A) | **Monthly Plan Payment** $ __1,870.00__ | **Estimated Term** __60__ months | **Direct Pay or Payroll Deduction** __Direct Pay__ | **Above/Below Median (B22 C line 23)** __Below Median__ **Marital Status:** __not married__ **# of persons in Household: 4** |
| I(B) | **Additional Sums Debtor Shall Remit to Chapter 13 Trustee:** _____ (yes, source) ____**XX**____ (no) (50% pledge of any personal injury proceeds applies.) | | | |
| II(A) (1)-(3) | **Real Estate to Be Paid Directly by Debtor or Satisfied by Surrender of Property** _____ Is this the Debtor's primary residence?: _____ **Total Secured Claims - Real Estate:** $_____ (II(B)(6)(a)) | **Creditors Satisfied by Surrender:** _____ _____ (Collateral - Creditor) | **Other Direct Payment(s)** **(Except in unusual circumstances, only the current monthly mortgage payment may be paid directly):** __2013 Hyundai Elantra/Hyundai Finc/$395.00 month__ (Collateral-Creditor-Amount of Payment) Are the payment(s) made by a co-obligor or **third party** Yes __X__ No_____ Relationship to Debtor(s): __mother__ If payment is made by a co-obligor, is same listed on Schedule H: Yes_____ No __X__ If the address on Schedule H is the same address of co-obligor, please explain:_____ | |
| II(B)(5) | **Counsel Compensation:** | "NO LOOK FEE"1 $__2800.00__ Or _____ Counsel elects to file an Application for Compensation (hearing to be noticed per 11 U.S.C. §330) In accordance with the March 5, 2010 Order, the "No Look" fee is presumed to include advances for filing fees or other expenses made by debtor's counsel pre-confirmation. | | |
| | **Proposed Distribution to Unsecured Class** | $__242.64__ / **2**% | Total of Unsecured Obligations on Schedule F: $__10,670.00__ | |
| II(B)(4) | **Executory Contracts:** (Rent-to-Own Contracts on furnishings, storage buildings, etc. are not favored.) (**Aaron's Sales & Lease**) $ __130.00__ /month (_____) $_____/month | | Secured Movables §506 App;icable $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: | |
| II(B)(6)(b) **Secured Movables** | §506 Inapplicable $**22653.00**PMSI (**Alphera Fin**) **5.5**% Interest $ **25961.90**Total: $**17212.23**PMSI (**Freedom Road Fin**) **5**% Interest $**19488.95**Total: $**45797.00**PMSI (**TD Auto Fin**) **5.5**% Interest $ **52486.51**Total: | | $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: $_____ Value(_____) ____% Interest $_____ Total: | |
| II(B)(7) | **Domestic Support Obligation:** | | $_____ / month | |
| II(B)(8) | **Unsecured Priority Tax Claim(s):** | $_____ Federal | $_____ State(s) | $_____ (Total Tax Claims) |
| II(B)(9) | **Student Loan Obligations:** | | $**5480.00**Total   $_____ Paid over term (Matured/**Deferred**/Current/Direct Pay) | |

---

\* Recommended use of the Cover Page is for the convience of the Court and other parties at interest. In the event of a conflict between a Confirmed Plan and the Cover Sheet, the Plan shall control. Unless otherwise directed the Cover Sheet shall accompany only the Original Plan.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy