**DONE and SIGNED February 13, 2017.**



_John W. Kolwe_
_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**United States Bankruptcy Court**
**Western District of Louisiana**
**Monroe Division**

Re:   **KAYLON MARIE BREWER**              **Bankruptcy Case Number:  16-31858**

SS#:   **XXX-XX-9797**

**ORDER CONFIRMING CHAPTER 13 PLAN**

      The Debtor(s) Plan was filed on _December 5, 2016_.  A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015.  The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

      **IT IS ORDERED THAT  The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:**

1)   <u>**Payments:**</u>
      Amount of  ☐ Lump Sum or ☐ Sum Total Payment(s): *$__  Paid* as of __.
      Amount of each Monthly Plan Payment: *$  _1,870.00_* per month for _60_ months.
      Monthly Plan Payments shall be due on the _2ND_ day of each month, beginning _JANUARY 2017._
      Term of Plan Payments shall be: _60_ months or until a 100% Dividend is paid to general, unsecured creditors that have timely filed allowable claims.
      Moratorium granted for :  _.
      Special / Additional Provisions:  __.
☐ **This Plan Confirmation includes a** *30 Day Drop Dead* **provision on all future Plan Payments to the Trustee.**

2)   <u>**Plan Payments shall be payable to:**</u>
      *E. Eugene Hastings,*     ☐ **Payroll Deduction is ordered:** Unless previously ordered, the Debtor(s) employer is ordered to deduct
      *Chapter 13 Trustee*             payments from the earnings of the Debtor, draw checks in the name of the Standing Trustee and mail
      *Post Office Box 270*           same on or before each due date reflected above, until further Order of this Court.
      *Memphis, TN 38101-0270*   ☒ **No Payroll Deduction is ordered**

3)   <u>**Attorney Fees:**</u>
  The Debtor(s) attorney is awarded a fee in the amount of *$  _2,800.00_* , of which *$ _2,800.00_*  is due and payable from the Bankruptcy Estate.
  The Debtor(s) attorney is also awarded a fee in the amount of *$ __* for the modification listed above and per fee application.
  ☐ **Attorney Fees capped at** *$ __,* **per Court authority.**

4)   <u>**Other Provisions:**</u>
      Debtor(s) shall file both Federal and State Income Tax Returns timely.
      Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.
      Debtor(s) are not required to tender tax refunds unless otherwise provided.
      This order of Confirmation becomes effective only when the filing fees due the Clerk of the Bankruptcy Court are paid in full.

###
